# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Tara Whitten, | No. MC-18-00017-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Andrew Michael Blake, | |
| Defendant. | |

At issue is the Report and Recommendation (Doc. 15) ("R&R") by United States Magistrate Judge Michelle H. Burns recommending that the Court dismiss this matter for lack of prosecution. The R&R issued on January 14, 2019. It advised the parties that they had fourteen days to file written objections, and if none were filed, the Court may accept the R&R and act in accordance without further review. Time to object has long passed without objection from any party. Because the recommendation is based on the parties' failure to engage, appear for hearings or prosecute this matter, including Plaintiff/Creditor who instituted the matter, the Court concludes on independent review that dismissal is appropriate.

IT IS ORDERED adopting the R&R (Doc. 15) in this matter and dismissing the matter. The Clerk of Court shall close this matter.

Dated this 6th day of March, 2019.

Honorable John J. Tuchi
United States District Judge